327 So.2d 915

**In re Herman JONES**

v.

**STATE of Alabama.**

**Ex parte Herman Jones.**

**SC 1680.**

Supreme Court of Alabama.

Feb. 27, 1976.

Robert M. Shipman, Huntsville, for petitioner.

None for the State.

MERRILL, Justice.

Petition of Herman Jones for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Jones v. State*, 57 Ala.App. 275, 327 So.2d 913.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

323 So.2d 421

**In re Robert George KIRCHEIS**

v.

**STATE.**

**Ex parte Robert George Kircheis.**

**SC 1540.**

Supreme Court of Alabama.

Nov. 26, 1975.

D. Wayne Childress, Mobile, for petitioner.

FAULKNER, Justice.

Petition of Robert George Kircheis for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Kircheis v. State*, 56 Ala.App. 526, 323 So.2d 412.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

328 So.2d 624

**In re John Alvin LEE**

v.

**STATE.**

**Ex parte John Alvin Lee.**

**SC 1739.**

Supreme Court of Alabama.

March 19, 1976.

Robert R. Bryan, Birmingham, for petitioner.

None for the State.

MERRILL, Justice.

Petition of John Alvin Lee for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Lee v. State*, 57 Ala.App. 366, 328 So.2d 617.

WRIT DENIED.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.